UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
AT LEXINGTON

**FILED ELECTRONICALLY**

| | |
|---|---|
| TWIN CITY FIRE INSURANCE COMPANY ) ) ) ) PLAINTIFF ) ) VS. ) ) ) M. SCOTT MATTMILLER; BULLOCK ) & COFFMAN, LLP, ERICA ASHLEY ) JONES; CHASE JONES; AND ) ESTATE OF MARION JONES ) ) DEFENDANTS ) | CIVIL ACTION NO. 5:19-cv-00344-JMH |

**NOTICE OF SETTLEMENT**

Comes the Defendant/Crossclaim Plaintiff, M. Scott Mattmiller, by counsel, and hereby notifies the Court that the parties have settled all claims that were made, or that could have been made, by them against each other. The parties are currently finalizing the settlement and an Agreed Order of Settlement and Dismissal will be executed by the parties and submitted for entry in the near future.

Respectfully submitted,

GOLDEN LAW OFFICE, PLLC

*/s/ Kellie M. Collins*

J. Dale Golden
Kellie M. Collins
771 Corporate Drive, Suite 800
Lexington, Kentucky 40503
Telephone:   (859) 469-5000
Facsimile:    (859) 469-5001
Email: dgolden@goldenlawoffice.com
Email: kcollins@goldenlawoffice.com
COUNSEL FOR M. SCOTT MATTMILLER

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, sI electronically filed the aforesaid document(s) with the Clerk of the Court using the ECF system which will send notification of such filing to all parties of record in this case by operation of the Court's electronic filing system and/or U.S. Mail.

*/s/ Kellie M. Collins*

COUNSEL FOR M. SCOTT MATTMILLER