UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| TWIN CITY FIRE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Civil Case No. 5:19-cv-344-JMH |
| v. | ) ) ) | |
| M. SCOTT MATTMILLER, *et al.*, | ) ) | **ORDER** |
| Defendants. | ) | |

\*\* \*\* \*\* \*\* \*\*

The remaining Parties in this matter, namely Plaintiff/Counter Defendant Twin City Fire Insurance Company and Defendant/Counter Claimant M. Scott Mattmiller, have filed a Joint Stipulation of Dismissal [DE 37] stipulating to dismissal of this action with prejudice. The Joint Stipulation of Dismissal [DE 37] is signed by counsel for the remaining Parties to the action and will resolve all remaining claims. Previously, the claims involving Defendants Bullock & Coffman, LLP, Erika Ashley Jones, Chase Jones, and Estate of Marion C. Jones and Crossclaim Defendant Bullock & Coffman, LLP were dismissed with prejudice by the Court's July 1, 2021, Memorandum Opinion and Order [DE 27]. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the plaintiff may dismiss an action without court order by filing a stipulation of dismissal signed by all the parties that appeared in the matter. As a result, the Parties' Joint Stipulation of Dismissal [DE 37]

results in dismissal of this action in its entirety, as there are no remaining claims. Accordingly,

**IT IS ORDERED** as follows:

(1) The Parties shall bear their own costs and fees;

(2) All claims in this action are **DISMISSED WITH PREJUDICE;** and

(3) The Clerk of Court shall **STRIKE THIS MATTER FROM THE COURT'S ACTIVE DOCKET.**

This 30th day of November 30, 2021.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

2